# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 20, 2022

## NO. 03-22-00162-CV

**Donald Ray McCray, Appellant**

**v.**

**Lee Glass, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on September 30, 2021. Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent and cannot afford to pay costs, no adjudication of costs is made.